# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134029

GHASSAN M. AZAR,
      Plaintiff-Appellant,

v

CAROL ANN AZAR,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134029
COA: 265876
Macomb CC: 2004-000507-DO

_____/

      On order of the Court, the application for leave to appeal the April 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

s0830

_____
Clerk